IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| MFY FUNDING, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>OHIA OPPORTUNITIES, LLC, *et al.*,<br><br>Defendants. | Case No. 21-cv-00261-DKW-KJM<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATION TO GRANT IN PART AND DENY IN PART PLAINTIFF MFY FUNDING LLC'S MOTION FOR CONFIRMATION OF SALE, AWARD OF DAMAGES, AWARD OF ATTORNEYS' FEES AND COSTS, AND WRIT OF POSSESSION** |

On October 25, 2023, the Magistrate Judge issued a Findings and Recommendation to Grant in Part and Deny in Part Plaintiff MFY Funding LLC's Motion for Confirmation of Sale, Award of Damages, Award of Attorneys' Fees and Costs, and Writ of Possession.  Dkt. No. 122.  On November 6, 2023, while those findings and recommendation were pending before the undersigned, Defendant Kanoa Ross Bristol filed a Notice of Filing Bankruptcy, thereby triggering an automatic stay pursuant to 11 U.S.C. § 362.  Dkt. No. 123. Subsequently, on January 22, 2024, Plaintiff MFY Funding LLC filed a notice indicating that the United States Bankruptcy Court for the District of Hawaiʻi had entered an order in Bristol's case terminating the automatic stay retroactive to October 23, 2023.  Dkt. No. 125; Dkt. No. 125-1.

Accordingly, with the stay lifted and no objections having been filed by any party, IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the Findings and Recommendation to Grant in Part and Deny in Part Plaintiff MFY Funding LLC's Motion for Confirmation of Sale, Award of Damages, Award of Attorneys' Fees and Costs, and Writ of Possession, Dkt. No. 122, are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: January 29, 2024 at Honolulu, Hawai'i.

Derrick K. Watson
Chief United States District Judge

---

*MFY FUNDING, LLC v. OHIA OPPORTUNITIES, LLC, et al*; Civil No. 21-00261 DKW-KJM; **ORDER ADOPTING FINDINGS AND RECOMMENDATION TO GRANT IN PART AND DENY IN PART PLAINTIFF MFY FUNDING LLC'S MOTION FOR CONFIRMATION OF SALE, AWARD OF DAMAGES, AWARD OF ATTORNEYS' FEES AND COSTS, AND WRIT OF POSSESSION**