CADES SCHUTTE
A Limited Liability Law Partnership

THEODORE D. C. YOUNG    5735
MICHI MOMOSE             9777
Cades Schutte Building
1000 Bishop Street, Suite 1200
Honolulu, Hawai'i 96813-4212
Telephone: (808) 521-9200
Fax: (808) 521-9210
Email: tyoung@cades.com
       mmomose@cades.com

Attorneys for Plaintiff
MFY FUNDING LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MFY FUNDING LLC,<br><br>        Plaintiff,<br><br>v.<br><br>OHIA OPPORTUNITIES, LLC; KANOA ROSS BRISTOL; JOHN DOES 1-50; JANE DOES 1-50; and DOE ENTITIES 1-50,<br><br>        Defendants. | Civil No. 1:21-CV-00261 DKW-KJM<br>(Foreclosure)<br><br>**JUDGMENT; EXHIBIT A**<br><br><br>Judge: Hon. Derrick K. Watson<br>Magistrate Judge: Hon. Kenneth J. Mansfield |

## JUDGMENT

In accordance with Rule 58 of the Federal Rules of Civil Procedure and LR 58.2, and pursuant to the "Order Adopting Findings and Recommendation to Grant In Part and Deny In Part Plaintiff MFY Funding LLC's Motion for Confirmation of Sale, Award of Damages, Award of Attorneys' Fees and Costs, and Writ of Possession" filed on January 29, 2024 [Dkt. 126] (the "**Order**"), the Court hereby enters Judgment as follows:

1. The Court hereby enters Judgment on its Order confirming the foreclosure sale of the two real properties located in the County and State of Hawai'i, designated by Tax Map Key Nos. (3) 9-9-002: 021 and 022 (the "**Subject Properties**"), more particularly described in Exhibit A, to Plaintiff MFY Funding LLC.

2. The Court hereby enters Judgment in favor of Plaintiff MFY Funding LLC and against Ohia Opportunities, LLC in the amount of $1,719,983.57 in damages, $153,975.33 in attorneys' fees, and $1,477.40 in costs, for a total of **$1,875,436.30**.[1]

---

[1] Judgment for damages, attorneys' fees and costs is not being entered against Defendant Kanoa Ross Bristol because he is a debtor in a Chapter 7 Bankruptcy Case currently pending in the United States Bankruptcy Court for the District of Hawai'i (Bankruptcy Case No. 23-00857).

-3-

Pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, this Court expressly determines and directs that this Judgment is entered as a final judgment as there is no just reason for delay.

DATED: February 26, 2024 at Honolulu, Hawai'i.



/s/ Derrick K. Watson
_____
Derrick K. Watson
Chief United States District Judge

---

*MFY Funding LLC v. Ohia Opportunities, LLC et al.,* 1:21-CV-00261 DKW-KJM; **JUDGMENT; EXHIBIT A**