Case 1:21-cv-00261-DKW-KJM   Document 136   Filed 10/21/24   Page 1 of 2
                                            PageID.1617
AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

| | |
|---|---|
| MFY FUNDING LLC | JUDGMENT IN A CIVIL CASE |
| Plaintiff, | Case: CV 21-00261 DKW-KJM |
| V. | |
| OHIA OPPORTUNITIES, LLC; KANOA ROSS BRISTOL; JOHN DOES 1-50; JANE DOES 1-50; AND DOE ENTITITES 1-50 | FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII Oct 21, 2024, 5:11 pm Lucy H. Carrillo, Clerk of Court |
| Defendants. | |

[ ]  **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[✓]  **Decision by Court**.  This action came for hearing before the Court.  The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered pursuant to, and in accordance with the following orders:

"Order (1) Granting in Part and Denying in Part Plaintiff's Motion to Dismiss Counterclaims (Dkt. No. 16); and (2) Granting Plaintiff's Motion to Strike Jury Trial Demand (Dkt. No. 17)", ECF No. 30, filed on August 31, 2021;

"Stipulation for Dismissal With Prejudice of All Claims Asserted by Kanoa Ross Bristol and Ohia Opportunities, LLC in First Amended Counterclaim; Order", ECF No. 85, filed on October 14, 2022;

"Order (1) Granting in Part Plaintiff's Motion for Partial Summary Judgment as to Counts 1, 2, and 3 of the Complaint and (2) Granting Plaintiff's Motion for Interlocutory Decree of Foreclosure Against All Parties", ECF No. 90, filed on November 4, 2022;

"Joint Stipulated Order Re: Foreclosure Claims in Plaintiff MFY Funding LLC's Motion for Partial Summary Judgment as to Counts I, II, and III of the Complaint and for Interlocutory Decree of Foreclosure Against All Parties; Exhibit A", ECF No. 101, filed on March 23, 2023;

"Stipulation for Dismissal Without Prejudice of Counts 3, 4, 5 and 6 in the Complaint; Order", ECF No. 102, filed on March 23, 2023;

"Judgment; Exhibit A", ECF No. 103, filed on March 23, 2023;

"Order Adopting Findings and Recommendation to Grant in Part and Deny in Part Plaintiff MFY Funding LLC's Motion for Confirmation of Sale, Award of Damages; Award of Attorneys' Fees and Costs, and Writ of Possession", ECF No. 126, filed on January 29, 2024;

"Judgment; Exhibit A", ECF No. 128, filed on February 26, 2024; and

"Stipulation for Dismissal Without Prejudice of All Remaining Claims and Parties; Order", ECF No. 135, filed on October 21, 2024.

|  |  |
|---|---|
| October 21, 2024 | LUCY H. CARRILLO |
| Date | Clerk |
|  | /s/ LUCY H. CARRILLO by EA |
|  | (By) Deputy Clerk |